**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Shawn B Mathis, | : | |
| Debtor | | |
| | : | |
| | : | Bankruptcy No. 21-11989-elf |

NOTICE OF FILING OF CLAIM BY DEBTOR OR TRUSTEE

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $5,555.00 has been filed in your name by David M. Offen, Counsel for Debtor, Claim Number 20, on February 20, 2022.

You are further notified that a proof of claim filed by a creditor pursuant to Federal Rules of Bankruptcy Procedure 3002 and 3003 (c), shall supersede the proof of claim filed by the debtor or trustee.

Dated: February 22, 2022

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: /s/ Sara I. Roman
Deputy Clerk