United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 21-11989-elf

Shawn B Mathis                                                                  Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                     User: admin                                    Page 1 of 2

Date Rcvd: Feb 22, 2022                  Form ID: pdf900                          Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawn B Mathis, 6643 Marsden Street, Philadelphia, PA 19135-2725 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2022 04:56:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2022 04:56:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14623148 | | Email/Text: blegal@phfa.org | Feb 23 2022 04:44:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2022                       Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | |
| | on behalf of Debtor Shawn B Mathis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |

District/off: 0313-2                                   User: admin                                                    Page 2 of 2
Date Rcvd: Feb 22, 2022                           Form ID: pdf900                                            Total Noticed: 4

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER

on behalf of Creditor PHFA lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ

on behalf of Creditor PHFA bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Shawn B Mathis,<br>Debtor | : | |
| | : | |
| | : | Bankruptcy No.  21-11989-elf |

NOTICE OF FILING OF CLAIM BY DEBTOR OR TRUSTEE

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $5,555.00  has been filed in your name by David M. Offen, Counsel for Debtor, Claim Number 20,  on February 20, 2022.

You are further notified that a proof of claim filed by a creditor pursuant to Federal Rules of Bankruptcy Procedure 3002 and 3003 (c), shall supersede the proof of claim filed by the debtor or trustee.

Dated:  February 22, 2022

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By:  /s/ Sara I. Roman
Deputy Clerk

ntc of clm by 2nd party

O:\CLERKS\FORMS\WORD FORMS\ntc2ndpartyclm.docx