United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11989-elf |
| Shawn B Mathis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 30, 2022 | Form ID: 155 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawn B Mathis, 6643 Marsden Street, Philadelphia, PA 19135-2725 |
| 14623126 | | AllianceOne Management Inc, P.O. Box 3106, Southeastern, PA 19398-3106 |
| 14623137 | + | Lendmark Financial, Attn: Bankruptcy, 1735 N Brown Rd, Ste 300, Lawrenceville, GA 30043-8228 |
| 14623139 | + | Miller, Turetsky, Rule & McLennan, 3770 Ridge Pike, Collegeville, PA 19426-3170 |
| 14623144 | + | Old Family Construction, 127 SECOND AVENUE, Collegeville, PA 19426-2608 |
| 14623150 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14631443 | + | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14623152 | + | ROBERT E COLE, ESQ., FINANTA COMMERCE CENTER, 1301 NORTH 2ND STREET, Philadelphia, PA 19122-4503 |
| 14623151 | | Raymour & Flanigan, P.O. Box 130, Liverpool, NY 13088-0130 |
| 14623153 | + | Sam Xinzhan Tang, 3139 Windish Street, Philadelphia, PA 19152-4517 |
| 14623156 | + | Viriva Community Credit Union, Gregory J. Allard, Esquire, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14623157 | + | Viriva Community Cu, 157 York Rd, Warminster, PA 18974-4514 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14623125 | | Email/Text: amscbankruptcy@adt.com | Mar 30 2022 23:53:00 | ADT Security Services, P.O. Box 650485, Dallas, TX 75265-0485 |
| 14623124 | + | Email/Text: bankruptcy@accioneast.com | Mar 30 2022 23:52:00 | Accion East, Inc, 80 Maiden Ln Rm 903, New York, NY 10038-4740 |
| 14623128 | + | Email/Text: bankruptcy@bmgmoney.com | Mar 30 2022 23:53:00 | Bmg Money, Attn: Bankruptcy, 444 Brickell Avenue Ste 250, Miami, FL 33131-2404 |
| 14637826 | | Email/Text: megan.harper@phila.gov | Mar 30 2022 23:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14623130 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 30 2022 23:52:00 | Comenitycb/Barneys, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14623131 | | Email/Text: mrdiscen@discover.com | Mar 30 2022 23:52:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14623132 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2022 00:05:14 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14630029 | | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2022 23:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14626507 | | Email/Text: mrdiscen@discover.com | Mar 30 2022 23:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14623133 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 31 2022 00:05:06 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14623135 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: 155 | Total Noticed: 44 |

| | | Mar 30 2022 23:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
|---|---|---|---|
| 14641058 | Email/Text: ktramble@lendmarkfinancial.com | Mar 30 2022 23:52:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, GA 30014 |
| 14626984 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2022 00:05:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14623138 | + Email/Text: bankruptcy@marinerfinance.com | Mar 30 2022 23:52:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14627149 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2022 23:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14623140 | + Email/Text: ext_ebn_inbox@navyfederal.org | Mar 30 2022 23:53:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14624152 | + Email/Text: ext_ebn_inbox@navyfederal.org | Mar 30 2022 23:53:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14623142 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Mar 30 2022 23:52:00 | Neiman Marcus, PO Box 5235, Carol Stream, IL 60197-5235 |
| 14623143 | + Email/Text: bnc@nordstrom.com | Mar 30 2022 23:52:47 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14631087 | + Email/Text: bankruptcygroup@peco-energy.com | Mar 30 2022 23:52:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14623148 | Email/Text: blegal@phfa.org | Mar 30 2022 23:52:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14638567 | + Email/Text: blegal@phfa.org | Mar 30 2022 23:52:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14623145 | + Email/Text: bankruptcygroup@peco-energy.com | Mar 30 2022 23:52:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14623146 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14626983 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2022 00:05:06 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14626138 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 30 2022 23:52:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14623263 | + Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 23:54:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14623154 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 30 2022 23:52:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 14631976 | + Email/Text: documentfiling@lciinc.com | Mar 30 2022 23:52:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14638016 | Email/PDF: bncnotices@becket-lee.com | Mar 31 2022 00:05:06 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14623155 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 30 2022 23:52:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |
| 14623158 | Email/Text: megan.harper@phila.gov | Mar 30 2022 23:53:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 32

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: 155 | Total Noticed: 44 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14623127 | * | AllianceOne Management Inc, P.O. Box 3106, Southeastern, PA 19398-3106 |
| 14623129 | *+ | Bmg Money, Attn: Bankruptcy, 444 Brickell Avenue Ste 250, Miami, FL 33131-2404 |
| 14623134 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14623136 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14624158 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14623141 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14623149 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14623147 | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14624872 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14624873 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Shawn B Mathis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PHFA lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PHFA bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Shawn B Mathis
    Debtor(s)

Chapter: 13
Bankruptcy No: 21−11989−elf

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 29th day of March 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Eric L. Frank
    Judge ,
    United States Bankruptcy Court

32 − 12
Form 155