IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Shawn B Mathis | : | No. 21-11989-ELF |
| Debtor | : | |

ANSWER TO MOTION OF PHFA
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
AND CERTIFICATE OF SERVICE

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted payments were missed. Debtor asks for a chance to get caught up.

7. Debtor is uncertain of the same.

8. Denied.

9. No response required.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 08/05/2022

A copy of this Answer is being served on REBECCA ANN SOLARZ, Esquire, and the Chapter 13 Trustee.