IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Shawn B. Mathis | : | No. 21-11989-elf |
| **Debtor** | : | |

CERTIFICATION OF NO RESPONSE TO
MOTION TO MODIFY PLAN

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

Dated: 02/09/2023

/s/ David M. Offen
**Attorney for Debtor**
**Suite 160 West, Curtis Ctr.**
601 Walnut Street
Philadelphia, PA  19106
215-625-9600