United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shawn B Mathis  
    Debtor

Case No. 21-11989-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Oct 03, 2023     Form ID: pdf900     Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawn B Mathis, 6643 Marsden Street, Philadelphia, PA 19135-2725 |
| 14623126 | | AllianceOne Management Inc, P.O. Box 3106, Southeastern, PA 19398-3106 |
| 14623139 | + | Miller, Turetsky, Rule & McLennan, 3770 Ridge Pike, Collegeville, PA 19426-3170 |
| 14623144 | + | Old Family Construction, 127 SECOND AVENUE, Collegeville, PA 19426-2608 |
| 14623152 | + | ROBERT E COLE, ESQ., FINANTA COMMERCE CENTER, 1301 NORTH 2ND STREET, Philadelphia, PA 19122-4503 |
| 14623153 | + | Sam Xinzhan Tang, 3139 Windish Street, Philadelphia, PA 19152-4517 |
| 14623156 | + | Viriva Community Credit Union, Gregory J. Allard, Esquire, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14623157 | + | Viriva Community Cu, 157 York Rd, Warminster, PA 18974-4514 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 04 2023 01:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14623125 | | Email/Text: amscbankruptcy@adt.com | Oct 04 2023 01:27:00 | ADT Security Services, P.O. Box 650485, Dallas, TX 75265-0485 |
| 14623124 | + | Email/Text: bankruptcy@accioneast.com | Oct 04 2023 10:37:00 | Accion East, Inc, 80 Maiden Ln Rm 903, New York, NY 10038-4740 |
| 14623128 | + | Email/Text: bankruptcy@bmgmoney.com | Oct 04 2023 01:27:00 | Bmg Money, Attn: Bankruptcy, 444 Brickell Avenue Ste 250, Miami, FL 33131-2404 |
| 14637826 | | Email/Text: megan.harper@phila.gov | Oct 04 2023 01:27:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14623130 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2023 01:27:00 | Comenitycb/Barneys, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14623131 | | Email/Text: mrdiscen@discover.com | Oct 04 2023 01:27:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14623132 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 04 2023 03:34:42 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14630029 | | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2023 01:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14626507 | | Email/Text: mrdiscen@discover.com | Oct 04 2023 01:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14623133 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 04 2023 03:35:25 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |

Case 21-11989-amc   Doc 65   Filed 10/05/23   Entered 10/06/23 00:34:37   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2023 | Form ID: pdf900 | Total Noticed: 45 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14623135 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 04 2023 01:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14641058 | | Email/Text: ktramble@lendmarkfinancial.com | Oct 04 2023 01:27:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, GA 30014 |
| 14626984 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2023 05:02:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14623137 | ^ | MEBN | Oct 04 2023 01:06:16 | Lendmark Financial, Attn: Bankruptcy, 1735 N Brown Rd, Ste 300, Lawrenceville, GA 30043-8228 |
| 14623138 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 04 2023 01:27:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14627149 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2023 01:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14623140 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 04 2023 01:27:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14624152 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 04 2023 01:27:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14623142 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 04 2023 01:27:00 | Neiman Marcus, PO Box 5235, Carol Stream, IL 60197-5235 |
| 14623143 | + | Email/Text: bnc@nordstrom.com | Oct 04 2023 01:27:30 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14631087 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 04 2023 01:27:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14623148 | | Email/Text: blegal@phfa.org | Oct 04 2023 01:27:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14623150 | ^ | MEBN | Oct 04 2023 01:06:25 | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14638567 | + | Email/Text: blegal@phfa.org | Oct 04 2023 01:27:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14631443 | ^ | MEBN | Oct 04 2023 01:06:22 | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14623145 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 04 2023 01:27:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14623146 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 04 2023 01:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14626983 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2023 03:01:16 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14626138 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 04 2023 01:27:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14623151 | ^ | MEBN | Oct 04 2023 01:05:59 | Raymour & Flanigan, P.O. Box 130, Liverpool, NY 13088-0130 |
| 14623263 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 04 2023 05:03:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14623154 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 04 2023 01:27:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 14631976 | + | Email/Text: documentfiling@lciinc.com | Oct 04 2023 01:27:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14638016 | | Email/PDF: bncnotices@becket-lee.com | | |

Case 21-11989-amc   Doc 65   Filed 10/05/23   Entered 10/06/23 00:34:37   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2023 | Form ID: pdf900 | Total Noticed: 45 |

|  |  |  | Oct 04 2023 03:12:32 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
|---|---|---|---|---|
| 14623155 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 04 2023 01:27:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |
| 14623158 |  | Email/Text: megan.harper@phila.gov | Oct 04 2023 01:27:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14623127 | * | AllianceOne Management Inc, P.O. Box 3106, Southeastern, PA 19398-3106 |
| 14623129 | *+ | Bmg Money, Attn: Bankruptcy, 444 Brickell Avenue Ste 250, Miami, FL 33131-2404 |
| 14623134 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14623136 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14624158 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14623141 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14623149 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14623147 | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14624872 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14624873 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PHFA bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Shawn B Mathis dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PHFA bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST |  |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 03, 2023 | Form ID: pdf900 | Total Noticed: 45 |

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
    on behalf of Creditor PHFA lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| SHAWN B MATHIS | |
| Debtor | Bankruptcy No. 21-11989-AMC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: October 3, 2023

_____
Honorable Ashely M. Chan
Bankruptcy Judge